509 A.2d 332

In re CONDEMNATION BY the COUNTY OF ALLEGHENY, A Politital Subdivision of the Commonwealth of Pennsylvania of certain properties in Moon Township, County of Allegheny and Commonwealth of Pennsylvania: Louis DeAngelis and Mary Ann DeAngelis, his wife, Appellees,

v.

The COUNTY OF ALLEGHENY, a Political Subdivision of the Commonwealth of Pennsylvania, Appellant.

In re CONDEMNATION BY the COUNTY OF ALLEGHENY, A Political Subdivision of the Commonwealth of Pennsylvania of certain properties in Moon Township, County of Allegheny and Commonwealth of Pennsylvania: Kenneth J. Gratkie and Lorraine Gratkie, husband and wife et al., Appellees,

v.

The COUNTY OF ALLEGHENY, a Political Subdivision of the Commonwealth of Pennsylvania, Appellant.

Supreme Court of Pennsylvania.

Argued March 3, 1986.

Decided June 9, 1986.

James J. Dodaro, County Sol., Samuel P. Kamin, Asst. County Sol., Pittsburgh, for appellant.

Louis M. Tarasi, Jr., John M. Tighe, Tarasi & Tighe, Sandy W. Scichilone, Pittsburgh, for appellees.

## ORDER OF THE COURT

PER CURIAM.

Appeals dismissed as having been improvidently granted.

---

509 A.2d 838

**Georgette JUSTICE and Richard Mays, Administrators of the Estate of Rafiki Mays, Deceased, and Georgette Justice and Richard Mays, in their own right, Petitioners,**

**v.**

**BOOTH MATERNITY CENTER and Philip Glass, M.D., Respondents.**

Supreme Court of Pennsylvania.

May 21, 1986.

## AMENDED ORDER

PER CURIAM.

AND NOW, this 21st day of May, 1986, the petition for allowance of appeal is granted. The order of Superior Court, 345 Pa.Super. 529, 498 A.2d 950, is reversed and the case is remanded to the Philadelphia Court of Common Pleas for further proceedings consistent with the opinion of this Court in *Amadio v. Levin,* 509 Pa. 199, 501 A.2d 1085 (1985).